UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-89-WWB-MCR

18 U.S.C. § 922(g)(1)

JAMES RAGAN FELTS

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about March 12, 2025, in the Middle District of Florida, the defendant,

JAMES RAGAN FELTS

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Felony Battery (Domestic), on or about August 2, 2018, in Case No. 18-CF-3980, Fourth Judicial Circuit Court, Duval County, Jacksonville, Florida;

2. Grand Theft, on or about April 17, 2019, in Case No. 17-CF-1645, Eighth Judicial Circuit, Alachua County, Gainesville, Florida; and

3. Grand Theft, on or about April 17, 2019, in Case No. 17-CF-1861, Eighth Judicial Circuit, Alachua County, Gainesville, Florida;

did knowingly possess, in and affecting commerce, a firearm, that is, a Colt pistol.

In violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Colt pistol and associated ammunition seized from the defendant on or about March 12, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/14/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAMES RAGAN FELTS

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

Filed in open court this \_\_17th\_\_ day

of April, 2025.

_____
Clerk

Bail   $_____

GPO 863 525